**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case No. 19-CR-93 (RJL)** |
| ) | |
| **JOHN VICTOR REED,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**
December 12, 2022 [#86]

Upon consideration of the Government's Motion to Dismiss without Prejudice [Dkt. #86], the Defendant's Response to the Government's Motion to Dismiss [Dkt. #87], and the Government's Reply to Defendant's Response to Government's Motion to Dismiss [Dkt. #88], it is hereby ORDERED that the Government's Motion to Dismiss Case Without Prejudice is GRANTED. It is further ORDERED that the Indictment [Dkt. #2] is DISMISSED WITHOUT PREJUDICE.

"The discretion of whether to dismiss an indictment, and whether to dismiss it with or without prejudice, lies in the first instance with the prosecutor. Because that discretion implicates the constitutional doctrine of separation of powers, the district court's role in reviewing the prosecutor's exercise of its discretion is limited." *United States v. Florian*, 765 F. Supp. 2d 32, 34 (D.D.C. 2011). In general,

"there is a strong presumption in favor of a dismissal without prejudice over one with prejudice." *Id.* at 34-35 (citing *United States v. Poindexter*, 719 F. Supp. 6, 10 (D.D.C. 1989)).

Here, the Government's discretion is challenged, so "the prosecutor has the initial burden of explaining that a dismissal without prejudice would be in the public interest." *Florian*, 765 F. Supp. 2d at 35. The Government met that burden by explaining why dismissal without prejudice is warranted. ECF No. 88. "Once the prosecutor has discharged that threshold burden, its decision is presumptively valid and the district court may not substitute its judgment for that of the prosecutor even if it might have reached a different conclusion were it presented with the issue in the first instance." *Florian*, 765 F. Supp. 2d at 35. Therefore, the case is dismissed without prejudice.

**SO ORDERED.**

RICHARD J. LEON  
**United States District Judge**